IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

USDC- GREENBELT
'25 MAR 6 PM 2:57

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ERIC CHASE<br>(A/K/A DAVID BLACKWELL),<br><br>Defendant. | CRIMINAL NO. RDB-23-296<br><br>(Possession with the Intent to Distribute Controlled Substances, 21 U.S.C. § 841; Possession of a Firearm by a Prohibited Person, 18 U.S.C. § 922(g)(1); Possession of a Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924(c); Forfeiture, 21 U.S.C. § 853, 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c)) |

## SUPERSEDING INDICTMENT

### COUNT ONE
(Possession with Intent to Distribute Controlled Substances)

The Grand Jury for the District of Maryland further charges that:

On or about May 12, 2023, in the District of Maryland, the defendant,

**ERIC CHASE (A/K/A DAVID BLACKWELL),**

did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance in violation of Title 21, United States Code, Section 841.

21 U.S.C. § 841

## COUNT TWO
### (Possession of Firearm and Ammunition by a Prohibited Person)

The Grand Jury for the District of Maryland further charges that:

On or about May 12, 2023, in the District of Maryland, the defendant,

**ERIC CHASE (A/K/A DAVID BLACKWELL),**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed ammunition, to wit: 10 rounds of 9 mm caliber ammunition, and the ammunition was in and affecting commerce.

18 U.S.C. § 922(g)(1)

## COUNT THREE
### (Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

The Grand Jury for the District of Maryland further charges that:

On or about May 12, 2023, in the District of Maryland, the defendant,

### ERIC CHASE (A/K/A DAVID BLACKWELL),

did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is Possession with Intent to Distribute Controlled Substances as charged in Count One of this Indictment, which is incorporated herein by reference.

18 U.S.C. § 924(c)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c), in the event of the defendant's conviction under any of Counts One through Three of this Indictment.

### Narcotics Forfeiture

2. Upon conviction of the offense alleged in Count One, the defendant,

**ERIC CHASE (A/K/A DAVID BLACKWELL),**

shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a):

   a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense; and

   b. any property used or intended to be used, in any manner or part, to commit, or facilitate the commission of, such offense.

### Firearms and Ammunition Forfeiture

3. Upon conviction of the offenses alleged in Counts Two and Three, the defendant,

**ERIC CHASE (A/K/A DAVID BLACKWELL),**

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in such offenses.

### Property Subject to Forfeiture

4. The property to be forfeited includes, but is not limited to, the following:

   a. one privately manufactured tan and black Polymer 80 9mm handgun with no serial number; and

   b. approximately 10 rounds of 9mm caliber ammunition.

## Substitute Assets

5. If, as a result of any act or omission of the defendant, any of the property described above as being subject to forfeiture):

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty,

the United States shall be entitled to forfeiture of substitute property up to the value of the forfeitable property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

18 U.S.C. § 924(d)
21 U.S.C. § 853
28 U.S.C. § 2461(c)

_____
Kelly O. Hayes
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

Date: March 6, 2025